No. 19,389.

J. C. BROWN, *Appellee*, v. J. W. HAMMERSCHMIDT, *Appellant*.

Appeal from Riley district court; SAM KIMBLE, judge. Opinion filed April 10, 1915. Affirmed.

*C. B. Daughters*, of Manhattan, for the appellant.
*Alvin R. Springer*, of Manhattan, for the appellee.

*Per Curiam:* This case involves none but elementary principles of the law relating to actions for damages for assault and battery. Certain expressions used in the instructions are criticized and complaint is made of an award of punitive damages. Considered as a whole the instructions were not misleading, confusing, or otherwise prejudicially erroneous. The evidence warranted an allowance of punitive damages and the sum awarded was not excessive. The judgment of the district court is affirmed.